# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALICIA LORENZO,**<br><br>       **Plaintiff**,<br><br>  v.<br><br>**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"), ET AL.,**<br><br>       **Defendants**. | Case No. 1:18-cv-02366-PLF<br><br>Judge Paul L. Friedman |

## JOINT MOTION TO CONTINUE HEARING DATE FOR PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER

The Parties hereby jointly stipulate, and respectfully request that this Court continue the hearing date of November 8, 2018, currently set for Plaintiff's Motion for a Temporary Restraining Order to accommodate the Parties' settlement negotiations.

Good cause exists for this continuance. The Parties are actively engaged in settlement negotiations and granting the present motion would allow the Parties an opportunity to finalize settlement negotiations while minimizing the burden on limited judicial resources.

NOW THEREFORE, the Parties stipulate and request as follows:

1. The hearing date for the Motion for a Temporary Restraining Order currently set for November 8, 2018 at 2:30 p.m., be continued until a date that is convenient for the Court, and at least one week after the current hearing date.

2. Ms. Lorenzo shall not be removed prior to the updated hearing date.

The undersigned have read and hereby agree to comply with and be bound by all of the terms and provisions of the foregoing Joint Motion.

Dated: November 7, 2018.                          Respectfully Submitted,

  /s/ Timilin Sanders
Timilin Sanders, DC Bar No. 989110
Aaron Hullman, DC Bar No. 982154
Christopher Brown, DC Bar No. 230444

LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington DC 20004
(202) 637-2200
timilin.sanders@lw.com
Aaron.Hullman@lw.com
Chris.Brown@lw.com

*Attorneys for Plaintiff*

JESSIE K. LIU, D.C. Bar #472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division
Assistant United States Attorney

By: /s/ Kenneth Adebonojo (with permission)

KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. Civil Division
Washington, D.C.  20530
Telephone: (202) 252-2562

*Attorneys for Defendants*