UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALICIA LORENZO,**<br><br>　　　　　**Plaintiff**,<br><br>　v.<br><br>**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"), ET AL.,**<br><br>　　　　　**Defendants**. | Case No. 1:18-cv-02366-PLF<br><br>Judge Paul L. Friedman |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice against the defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) under the following stipulations:

1. Plaintiff will take the necessary steps to promptly terminate all pending applications on behalf of M.J.L. before the United States immigration court and United States Citizenship and Immigration Services ("USCIS"). To accomplish this, a written request to withdraw M.J.L.'s application before USCIS was filed on November 2, 2018. Plaintiff also agrees that a motion to recalender and terminate M.J.L.'s immigration court proceedings shall be filed by November 9, 2018. Defendants agree that they will join this motion in order to enable a quick ruling by the immigration court.

2. Once all of M.J.L.'s pending United States immigration applications are terminated, the following steps shall be taken in the order set forth below (unless expressly provided otherwise below):

   a. Plaintiff, through her representative Katherine Russell, shall provide the final immigration court order to an ICE representative designated by Defendants.

    b. Such ICE representative shall work with Ms. Lorenzo and her representative to obtain any necessary documentation to have M.J.L. return with Ms. Lorenzo to Guatemala. This step can occur concurrently with step (a).

    c. At least one week prior to the scheduled joint removal, ICE shall provide Ms. Lorenzo, through her representative, written notice of the date and time when Ms. Lorenzo and M.J.L. will be removed together.

    d. Plaintiff, through representative and counsel, shall arrange to have M.J.L. transported to and dropped off at the ICE Phoenix Field Office on the previously agreed upon time and date, i.e., the date of removal.

    e. Promptly after being dropped off at the ICE Phoenix Field Office, ICE shall reunite M.J.L. and his mother, Ms. Lorenzo, and cause them to travel to Guatemala together on the same flight.

Ms. Lorenzo shall not be removed prior to the completion of these steps, so that Ms. Lorenzo and M.J.L. can be removed together.

**Information for Katherine Russell:**

Katherine Russell
Staff Attorney, Refugee and Immigrant Center for Education and Legal Services (RAICES)
802 Kentucky Ave
San Antonio, Texas 78201
Tel/Fax: 210-874-1994
kathrine.russell@raicestexas.org


**Information for responsible ICE representative:**

Nancy Sullivan
Deportation Officer
Field Office Juvenile Coordinator
U.S. Immigration and Customs Enforcement
ERO – Phoenix Field Office
602-257-5900

3. Plaintiff hereby dismisses all claims without prejudice.

4. Each party will bear its own costs and fees, including but not limited to attorneys' fees, in connection herewith.

Dated: November 9, 2018	Respectfully Submitted,


/s/ Timilin Sanders
Timilin Sanders, DC Bar No. 989110
Aaron Hullman, DC Bar No. 982154
Christopher Brown, DC Bar No. 230444

LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington DC 20004
(202) 637-2200
timilin.sanders@lw.com
Aaron.Hullman@lw.com
Chris.Brown@lw.com

*Attorneys for Plaintiff*


JESSIE K. LIU, D.C. Bar #472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division
Assistant United States Attorney

By: /s/ Kenneth Adebonojo (with permission)

KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. Civil Division
Washington, D.C.  20530
Telephone: (202) 252-2562

*Attorneys for Defendants*